In the Matter of the Objections of Thomas J. Carrick, Appellant, to the Petition Filed in the City Clerk's Office of Syracuse, Requesting that a Special City Election Be Held under the Local Option Law.
Frank Hopkins et al., Respondents.

*Matter of Carrick*, 183 App. Div. ——, affirmed. (Argued April 2, 1918; decided April 3, 1918.)

Appeal from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 28, 1918, which affirmed an order of Special Term denying an application for an order adjudging a petition filed in the city clerk's office of Syracuse on March 16, 1918, under the City Local Option Law, invalid, illegal and void, and directing that said city clerk and other public officers be directed to disregard the said petition.

*George W. O'Brien* for appellant.

*Morton C. Fitch* and *Charles A. Van Auken* for William Curtin et al., *amici curiæ.*

*Frank Hopkins* and *William H. Harding* for respondents.

*C. S. Ferris* and *Harry D. Sanders* for state commissioner of excise.

Order affirmed. The constitutionality of chapter 624 of the Laws of 1917 cannot be tested by a proceeding instituted under section 9 of that act which provides only for contesting the validity, sufficiency or legality of the petition in the manner provided by the Election Law as though such petition were a certificate of nomination.

Concur: CHASE, HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.